JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:21-cv-07539-JLS-DFM                                      Date: July 28, 2022
Title: W. Lockett v. Michel Rey Moore et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Dolores Ramos | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                       Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING PLAINTIFF'S REQUEST TO LIFT STAY (Doc. 86) AND ORDERING DEFENDANT TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE.**

Before the Court is Plaintiff's Notice of Failure to Consummate Settlement and Request to Lift Stay.  (Request, Doc. 86.)  Plaintiff states that the previous Notice of Settlement filed with the Court was submitted by Defendants without Plaintiff's approval.  (*Id.* at 1.)  It also alleges that although Plaintiff submitted the signed settlement agreement and made over ten telephone calls to defense counsel, defense counsel never returned the calls or sent Plaintiff a settlement check.  (*See id.*)

The stay is lifted and this action is reinstated for the initial purpose of determining whether a settlement has been consummated and, if necessary to reset a schedule.  It was inappropriate for defense counsel to file a Notice of Settlement misrepresenting that the case had fully settled if, in fact, it had not.  **Accordingly, the Court orders the Defendant to show cause in writing no later than Friday, August 5, 2022 as to why sanctions should not issue.**  The filing of a fully executed settlement agreement, proof of payment under the terms of the settlement agreement, and a notice of dismissal is a sufficient response to discharge the Court's Order to Show Cause.

Initials of Deputy Clerk: dr