JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. LOCKETT, | Case No.: 2:21-CV-07539-JLS-DFM |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| MICHEL REY MOORE, et al., | |
| Defendants. | |

Based on the Stipulation of the Parties (Doc. 89), IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Having received Defendants' Response to the Court's Order to Show Cause re Sanctions (Doc. 90), the Court's Order to Show Cause (Doc. 87) is discharged. Each party is to bear their own attorneys' fees and costs.

Dated: August 25, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE